McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

Attorneys for Plaintiff
United States of America

FILED

JUN 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | No. Mag. SW-05-0044 PAN |
| ) | |
| SEARCH WARRANT ) | APPLICATION TO UNSEAL SEARCH |
| ) | WARRANT; [PROPOSED] ORDER |
| _____ ) | |

APPLICATION

On February 22, 2005, this Court issued a search warrant for the captioned matter, and sealed the application and affidavit for search warrant as well as the search warrant. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government

///
///
///
///
///
///
///
///

1  respectfully requests that the application and search warrant for
2  this matter be unsealed.
3  DATED: June 1, 2005

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                              By:   _____
                                    S. ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney


                                  ORDER

    Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents for the captioned matter be UNSEALED: (1) the application and affidavit for search warrant; and (2) the search warrant.

Date: June 3, 2005

                                    _____
                                    HONORABLE PETER A. NOWINSKI
                                    United States Magistrate Judge

2